# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIYMBEK A. AMANKANOV,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. 5:26-cv-01807-FMO-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). Because the government did not present an opposition to the Petition, the objections period is eliminated. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Due Process claim (Claim Two) of the Petition is granted, and the remaining claims are dismissed without prejudice. The Court orders the following:

(1) Respondents shall release Petitioner forthwith from detention on his prior conditions of release; and

(2) Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the

change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge. Petitioner shall not be detained unless Respondents demonstrate at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

DATED: April 27, 2026

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE