JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIYMBEK A. AMANKANOV,<br><br>                Petitioner,<br><br>        v.<br><br>FERETI SEMAIA, et al.,<br><br>                Respondents. | Case No. 5:26-cv-01807-FMO-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.  Claim Two is granted and the remaining claims are dismissed without prejudice.


DATED:  April 27, 2026

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE